IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff.<br><br>v.<br><br>**[3] MIKILENDY ESPIRITUSANTO-MARTÍNEZ,**<br>Defendant. | **CRIMINAL NO. 25-148 (MAJ)** |

### UNITED STATES' SENTENCING MEMORANDUM

**TO THE HONORABLE COURT:**

COMES NOW, the United States of America, through its undersigned counsel, and respectfully submits its position as to the sentence that should be imposed on Defendant Mikilendy Espiritusanto-Martínez ("Mr. Espiritusanto") at the sentencing hearing.

### BACKGROUND

On March 14, 2025, Mr. Espiritusanto, along with codefendants, arrived to the main island of Puerto Rico in a yawl-type vessel. They conspired to bring and brought at least thirty-two (32) aliens from the Dominican Republic to the United States. They brought thirty (30) of those aliens to Mona Island, where the codefendants left them stranded without food and water. A reduced group of aliens—among them the codefendants—left Mona Island for the main island of Puerto Rico. The thirty (30) aliens left stranded on Mona Island were later rescued by the U.S. Coast Guard.

On March 20, 2025, criminal prosecution commenced through the filing of a criminal complaint, and on March 26, 2025, an indictment was filed after a grand jury returned a true bill.

*See* ECF Nos. 1, 9.

On September 2, 2025, a Change of Plea hearing was held where Mr. Espiritusanto pleaded guilty to Counts one and five pursuant to a Plea Agreement, for violations of 8 U.S.C. §§ 1324(a)(1)(A)(I) & (v)(I), and 1325(a). *See* ECF Nos. 40, 42.

Mr. Espiritusanto's sentencing hearing is currently scheduled for December 3, 2025.

## SENTENCING CONSIDERATIONS

The United States agrees with the U.S. Probation Office in calculating Mr. Espiritusanto has a Criminal History Category of I, which along with a Total Offense Level of 17, yields a guidelines imprisonment range of 24 to 30 months of imprisonment. Presentence Investigation Report ("PSR"), ECF No. 68 at 12.

## SENTENCE RECOMMMENDATION

The United States respectfully requests that the Court sentence García de Mota to a term of imprisonment of 24 months to be followed by a term of supervised release of 3 years. As the Court will see, the recommended sentence is necessary to adequately serve as deterrence and promote respect for the law, and it is sufficient but not greater than necessary to address the Section 3553(a) sentencing factors.

Mr. Espiritusanto oversaw obtaining the gas containers, gasoline, and motor oil necessary for the illegal venture. *Id*. at 6. While his role in the instant criminal venture was undoubtedly crucial, the United States submits that the low-end sentence recommended by the parties is warranted. To be clear, Mr. Espiritusanto did not intercede in any way to prevent threats and violence from being carried out against the aliens, nor did he argue or fight against leaving the thirty aliens stranded on Mona Island without food and water.

Nonetheless, Mr. Espiritusanto was the first defendant to admit his culpability in the instant

offense. Second, while his role as the gatherer of materials needed for the illegal venture was crucial, throughout the human smuggling voyage, Mr. Espiritusanto did not incur in violence or threats against the other illegal aliens, nor did he make the decision to leave the thirty aliens stranded on Mona Island. For these reasons, the United States respectfully submits that a low-end sentence of 24 moths of imprisonment, followed by a 3-year term of supervised release, is sufficient but not greater than necessary to address the Section 3553(a) sentencing factors.

WHEREFORE, the United States respectfully submits that a sentence of 24 months of imprisonment is reasonable and just given the circumstances surrounding the offense. In addition, a 3-year term of supervised release will help ensure proper deterrence from future criminal conduct at the hands of Mr. Espiritusanto.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 1st day of December, 2025.

W. STEPHEN MULDROW
United States Attorney

*/s/ Steven Liong-Rodríguez*
Steven Liong-Rodríguez
Special Assistant United States Attorney
USDC No. 303011
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Ave. San Juan, PR 00918
Tel. (787) 282-1850
steven.liong-rodriguez@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing motion has been filed with the Clerk of the Court who would notify to the attorneys of record in this case.

*/s/ Steven Liong-Rodriguez*
**Steven Liong-Rodriguez**
Special Assistant U.S. Attorney